UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


SignalQuest, Inc.

        v.                                          Civil No. 11-cv-392-JL

Chou et al


O R D E R

The Motion for Service of Process by Clerk of Court is denied.  Plaintiff's counsel may attempt to effectuate foreign service through the clerk's office without the need for judicial intervention.  The precise process for requesting clerk's service pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) is set forth on the court's website listed below:

**http://www.nhd.uscourts.gov/cp/filing-information/ForeignDefendant.asp.**


SO ORDERED.


November 14, 2011                                **/s/ *Joseph N. Laplante***
                                                                         Joseph N. Laplante
                                                                          Chief Judg

cc:    Robert Lucic, Esq.