UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SignalQuest, Inc.

    v.                            Civil No. 11-cv-392-JL

Tien-Ming Chou, et al.

## O R D E R

The court has undertaken active consideration of the defendants' motion to dismiss for insufficient service of process (document no. 15). It is the court's practice to hear oral argument on all dispositive motions, but if NEITHER party desires oral argument, counsel are asked to so notify the Deputy Clerk as soon as practicable and the court will issue an order based on the filings. If the Deputy Clerk is not so informed by **April 13, 2012**, a hearing will be scheduled. Further, if there is any reason that the court should not actively consider the motion at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  April 11, 2012

cc: Robert R. Lucic, Esq.
    Thomas J. Donovan, Esq.
    Nicholas F. Casolaro, Esq.
    Timothy N. Trop, Esq.