UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>SignalQuest, Inc.</u>

  v.          Civil No. 11-cv-392-JL

<u>Tien-Ming Chou and Oncque</u>
<u>Corporation</u>

## **ORDER AFTER PRELIMINARY**
## **PRETRIAL CONFERENCE**

The Preliminary Pretrial Conference was held in chambers on **July 13, 2012.**

Pursuant to the parties' agreement at the conference, on or before **August 3, 2012,** the parties shall submit a joint plan for limited discovery, with the goal of participating in a pre-<u>Markman</u> mediation at a neutral site by the end of this year. The joint plan shall include a deadline of **January 4, 2013** for the parties to notify the court of the results of their mediation.

**Discovery disputes.** Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course. No motion to compel is necessary. The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court. The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 13, 2012

cc:  Brian David Thomas, Esq.
     Robert R. Lucic, Esq.
     Thomas J. Donovan, Esq.
     Nicholas F. Casolaro, Esq.
     Timothy N. Trop, Esq.