## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **SignalQuest, Inc.** *Plaintiff* **v.** **Tien-Ming Chou, OncQue Corporation, and Bravotronics Corporation** *Defendants* | **Civil No. 11-cv-00392-JL** |

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Rule 6.1(c) of the New Hampshire Supplemental Patent Rules, the Plaintiff,

SignalQuest, Inc., and the Defendants, Tien-Ming Chou, OncQue Corporation, and Bravotronics

Corporation (collectively, the "Parties"), by and through their respective undersigned counsel,

jointly submit the following Joint Claim Construction and Prehearing Statement.

### I.      ANTICIPATED LENGTH OF TIME NECESSARY FOR CLAIM CONSTRUCTION HEARING

The Parties anticipate that 3 hours will be necessary for the Claim Construction

Hearing.

### II.      PROPOSED WITNESSES

The Parties will not call witnesses at the Claim Construction Hearing.

## III.   PROPOSED CONSTRUCTION OF EACH DISPUTED TERM

### '748 '866, and '867 Patents

| Claim Term | SignalQuest's Proposed Construction | Intrinsic Evidence / Extrinsic Evidence | Bravotronics/OncQue's/Chou's Proposed Construction | Intrinsic Evidence / Extrinsic Evidence |
|---|---|---|---|---|
| diameter | the distance through the center of something from one side to the other | Passim (867', 866', and 748' patents; FIGS. 2, 3, and 4, and corresponding text) Extrinsic - Merriam-Webster Online Dictionary | Any diameter, inside or outside | '748 patent, Figures 2, 3 and 4 and corresponding text discussing these Figures |
| first diameter | diameter is the distance through the center of something from one side to the other.  A first diameter is different from a second diameter in the claims. | Passim (867', 866', and 748' patents; FIGS. 2, 3, and 4, and corresponding text) Extrinsic - Merriam-Webster Online Dictionary | Any diameter, inside or outside | '748 patent, Figures 2, 3 and 4 and corresponding text discussing these Figures |
| second diameter | diameter is the distance through the center of something from one side to the other.  A second diameter is different from a first diameter in the claims. | Passim (867', 866', and 748' patents; FIGS. 2, 3, and 4, and corresponding text) Extrinsic - Merriam-Webster Online Dictionary | Any diameter, inside or outside | '748 patent, Figures 2, 3 and 4 and corresponding text discussing these Figures |
| electrically conductive element | an element able to conduct electricity | Col. 4 ln. 30-38; col. 4 ln 66 – col. 5 ln. 5; col. 6 ln 7-12; col 6 ln 23-29; col. 8 ln 37-col 9 ln14; FIGS. 1, 2, 4, | Any object that conducts electricity across the object; all parts of element need not be entirely conductive | '748, col. 4, lines 14-15, and lines 52-55 |

| | | and 6-9, and corresponding text (867' Patent) | | |
|---|---|---|---|---|
| "cylindrical lip" | a raised or extended piece along an edge that is cylindrical in shape | Col. 5 ln. 36-48; col 7 ln 11-22; FIGS. 2 and 4, and corresponding text (867' Patent) Extrinsic - Oxford University Press Online Dictionary | Circular cylindrical hollow portion | '748, col. 5, lines 24-26 |
| "distal end" | An end opposite in location to a proximate end. | Passim, especially col. 5, ln 50 – col 6 ln 23; FIGS 1, 3, 6, 7, 8, 9, and corresponding text (867', 866', and 748' patents) Extrinsic - USP 6230923 col 3, ln 13-65 USP 6345850 col 5 ln 10-20 USP 6672992 col 1 ln 39-67; col. 2 ln 58-45; col. 4 ln 11-52; distal defined as the opposite of proximal in Oxford United Press Dictionary online Proximal means proximate, see, for example, The | Indefinite – no construction | Extrinsic: Merriam-Webster's Collegiate Dictionary; Websters Third New International Dictionary. reference.com; Merriam-Webster.com; Oxforddictionary.com; all uses of the term 'distal' in each of the SignalQuest patents (indicated in bold in Exhibit A attached) and reexamination claims, and Figures 1-9 |

| | | American Heritage Dictionary online | | |
|---|---|---|---|---|
| "distal portion" | a portion opposite in location to a proximate portion | Passim (867', 866', and 748' patents)<br><br>Extrinsic -<br>distal defined as the opposite of proximal in Oxford United Press Dictionary online<br>Proximal means proximate, see, for example, The American Heritage Dictionary online<br>USP 6345850 col 5 ln 10-20 | Indefinite – no construction | Extrinsic: Merriam-Webster's Collegiate Dictionary; Websters Third New International Dictionary. reference.com; Merriam-Webster.com; Oxforddictionary.com; all uses of the term 'distal' in each of the SignalQuest patents (indicated in bold in Exhibit A attached) and reexamination claims, and Figures 1-9 |
| "distal surface" | a surface opposite in location to a proximate surface | Col. 5 ln 48-57, col. 7 ln 23-35, col 8, ln 13-24 (867' patent)<br>Extrinsic -<br>distal defined as the opposite of proximal in Oxford United Press Dictionary online | Indefinite – no construction | Extrinsic: Merriam-Webster's Collegiate Dictionary; Websters Third New International Dictionary. reference.com; Merriam- |

|  |  | Proximal means proximate, see, for example, The American Heritage Dictionary online |  | Webster.com; Oxforddictionary.com; all uses of the term 'distal' in each of the SignalQuest patents (indicated in bold in Exhibit A attached) and reexamination claims, and Figures 1-9 |
|---|---|---|---|---|
| "equal in dimension" | Like or alike in measurable extent of some kind, such as length, breadth, depth, or height | Col. 7 ln 23 – 35 (867' Patent) Extrinsic – Dictionary.com | Any two dimensions are the same | Extrinsic: Merriam Webster's Dictionary - Dimension |
| "electrically insulative element" | An element that prevents or reduces the transmission of electricity | Passim (866', 867', 748' Patents) Extrinsic - Collins English Dictionary | If claims are somehow valid, cylindrical not square exterior shape | Reexamination prosecution history including cancellation of claims to square like shape e.g. in responses filed 8/24/14 in '748 patent, 8/1/14 in '867 patent and 8/1/14 in '866 patent |
| "flat end surface" | A boundary surface that is smooth, level or even. | '867 patent: col. 4, line 39 – col. 5, line 12; col. 5, lines 36 – 47; col. 6, lines 29-53; col. 7, lines 11-22; col. 9, lines 16-37; and col. | Not completely flat, has a flat area | '748, col. 8, lines 63- col. 9, line 2 |

| | | 11, lines 14 – 55; FIGS. 2, 4, and 8.<br><br>Extrinsic – The American Heritage Dictionary of the English Language, Fifth Edition copyright  by Houghton Mifflin Harcourt Publishing Company, defines "end" as "The outside or extreme edge or physical limit; a boundary:"  The Merriam-Webster® Online Dictionary, defines "flat" as "having a smooth, level, or even surface." | | |
|---|---|---|---|---|
| "plastic" | substance or material easily shaped or molded | Col. 6, ln 7-29 (867' patent) Oxford United Press Dictionary | Any moldable material | Extrinsic: Merriam Webster's Collegiate Dictionary |
| "proximate end" | An end opposite in location to a distal end. | Passim, especially col. 5, ln 50 – col 6 ln 23; FIGS 1, 3, 6, 7, 8, 9, and corresponding text (867', 866', and 748' | Indefinite – no construction | Extrinsic: Merriam Webster's Collegiate Dictionary, Webster's Third |

| | | patents) Extrinsic - USP 6230923 col 3, ln 13-65 USP 6345850 col 5 ln 10-20 USP 6672992 col 1 ln 39-67; col. 2 ln 58-45; col. 4 ln 11-52; distal defined as the opposite of proximal in Oxford United Press Dictionary online Proximal means proximate, see, for example, The American Heritage Dictionary online | | New International Dictionary; all uses of the term 'proximate' in each of the SignalQuest patents (indicated in bold in Exhibit B attached) and reexamination claims and Figures 1-9; item 144, Fig. 3 of '748 patent at col. 5, lines 34-37 |
| "proximate portion" | A portion opposite in location to a distal portion | Passim (867', 866' and 748')  Extrinsic - distal defined as the opposite of proximal in Oxford United Press Dictionary online Proximal means proximate, see, for example, The American Heritage | Indefinite – no construction | Extrinsic: Merriam Webster's Collegiate Dictionary, Webster's Third New International Dictionary; all uses of the term 'proximate' in each of the SignalQuest patents (indicated in bold in Exhibit B attached) and |

| | | Dictionary online | | reexamination claims and Figures 1-9; item 144, Fig. 3 of '748 patent at col. 5, lines 34-37 |
|---|---|---|---|---|
| "proximate surface" | A surface opposite in location to a distal surface | Col. 5 ln 48- col 6 ln 8, col. 7 ln 23-35, col 8, ln 13-24 (FIG. 3) 867' Patent<br><br>Extrinsic - distal defined as the opposite of proximal in Oxford United Press Dictionary online Proximal means proximate, see, for example, The American Heritage Dictionary online | Indefinite – no construction | Extrinsic: Merriam Webster's Collegiate Dictionary, Webster's Third New International Dictionary; all uses of the term 'proximate' in each of the SignalQuest patents (indicated in bold in Exhibit B attached) and reexamination claims and Figures 1-9; item 144, Fig. 3 of '748 patent at col. 5, lines 34-37 |
| "single internal surface" | One interior surface | Col. 4 ln 39-54; Col. 5 ln 6 – 12; Col. 5 ln 22 – 28; Col. 5 ln 58 – col. 6 ln 6; Col. 6 ln 29 – 53; col. 6 ln 63 – col. 7 ln 3; col. 7 ln 23 – 35; col. 8 ln 13 – 24; FIGS. 2, 4, 6-9. (867' Patent) Extrinsic | Portions of conductive element connected by only one surface and that surface is covered by insulative element | '748 patent, col. 4, lines 35-40; col. 5, lines 44-59, Figure 2 |

|  |  | American Heritage Dictionary |  |  |
|---|---|---|---|---|
| "top surface" | Upper Surface | Col. 5 ln 6- col. 6 ln 7; col. 6 ln 29-col. 7 ln 22; col. 10 ln 1- 58; col. 11 ln 14-33; col. 12, ln 4-13. (867' patent) Extrinsic - Merriam-Webster Online Dictionary | Indefinite – no construction |  |
| Outer surface | Surface on or toward the outside | Col. 5 ln 29-47; col. 5 ln 58 – col. 6 ln 6; col. 7 ln 4 - ln 22; col. 7 ln 36 – 47 (FIGS. 2 and 4) (867' patent) Extrinsic – Merriam-Webster Online Dictionary | Indefinite – no construction |  |
| Bottom Surface | Surface that is below or under the other parts; lower surface | Col. 5 ln 13-col. 6 ln 7; col. 6 ln 54-62; col. 7 ln 4-22; col. 7 ln 36-47; col. 7 ln 36-47; col. 8 ln 47-67 (867' Patent) Extrinsic - Merriam-Webster Online Dictionary | Indefinite – no construction |  |

## IV.    CONSTRUCTION OF TERMS ON WHICH THE PARTIES AGREE

| Claim Term | Agreed Construction |
|---|---|
| "connected" | Joined or linked together |
| "disk" | Thin circular object |
| "member" | A part of a whole |
| "nub" | A small part that sticks out |
| "plurality" | Quantity number greater than one |
| "sealed" | Secured |
| "sealing" | Securing |
| "step" | Offset up or down |

Respectfully submitted,

**SIGNALQUEST, INC**.

By its Attorneys:

SHEEHAN PHINNEY BASS + GREEN PA

Dated: September 28, 2015   By:/s/ Robert R. Lucic
           Peter A. Nieves, NH Bar #15805
           Robert R. Lucic, NH Bar #9062
           Brian D. Thomas, NH Bar #17764
           1000 Elm Street
           PO Box 3701
           Manchester, NH 03105-3701
           (603) 627-8188

**TIEN-MING CHOU, ONCQUE CORPORATION, & BRAVOTRONICS CORPORATION**

By Their Attorneys:

MCLANE, GRAF, RAULERSON & MIDDLETON

Dated: September 28, 2015   By:/s/ Mark C. Rouvalis
           Mark C. Rouvalis, NH Bar #6565
           Nicholas F. Casolaro, NH Bar #20612
           900 Elm Street
           PO Box 326
           Manchester, NH 03105
           (603) 628-1329

TROP, PRUNER & HU, P.C.

Dated: September 28, 2015          By:/s/Timothy N. Trop_____

      Timothy N. Trop   *Pro Hac Vice*
      1616 S. Voss Rd.
      Suite 750
      Houston, TX 77057-2631
      (713) 468-8880